HENRY KASS, as Administrator of the Estate of EDEL KASS, Deceased, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Submitted April 14, 1938; decided May 17, 1938.

*Arthur D. Brennan, Chester A. Slocum* and *Henry R. Barrett* for appellant.

*Myron J. Shon* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.